IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>2009 DODGE CHALLENGER, VIN 2B3LJ74W49H582194,<br><br>        Defendant. | 8:14CV189<br><br>**ORDER** |

Upon the government's unopposed oral motion to continue, which is hereby granted,

IT IS ORDERED:

1) The non-jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on August 28, 2015, or as soon thereafter as the case may be called, for a duration of one (1) trial day. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on August 18, 2015 at 10:30 a.m., and will be conducted by telephone. Plaintiff's counsel shall place the call. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on August 17, 2015.

June 12, 2015.

                                                                         BY THE COURT:

                                                                         *s/ Cheryl R. Zwart*
                                                                         United States Magistrate Judge