IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>2009 DODGE CHALLENGER, VIN 2B3LJ74W49H582194,<br><br>                Defendants<br><br>ADRIAN SCARBOROUGH,<br><br>                Claimant. | **8:14CV189**<br><br>**ORDER** |

IT IS ORDERED:

1) The plaintiff's unopposed motion to continue trial, (filing no. 23), is granted.

2) The non-jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in the Special Proceedings Courtroom of the United States Courthouse, Omaha, Nebraska at 9:00 a.m. on **September 14, 2015**, for a duration of one (1) trial day.

August 25, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge