IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br><br>2009 DODGE CHALLENGER,<br>    Defendant,<br><br>ADRIAN SCARBOROUGH and<br>CAROL SCARBOROUGH,<br>    Claimants. | CASE NO: 8:14cv189<br><br>ORDER<br>TO WITHDRAW EXHIBITS<br>OR TO SHOW CAUSE WHY<br>EXHIBITS SHOULD NOT BE<br>DESTROYED |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for claimants, shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

  Exhibit number(s):  Exhibit 101

  Hearing type(s):  Non-jury Trial

  Date of hearing(s): September 30, 2015

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

  IT IS SO ORDERED.

  February 2, 2016

                  s/ Cheryl R. Zwart
                  United States Magistrate Judge